

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00620-CV

Kathy **WELCH**,
Appellant

v.

Gerardo Javier **ALONSO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04591
Honorable Karen Crouch, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Luz Elena Chapa, Justice
Jason Pulliam, Justice

Appellant, Kathy Lea Welch, has filed a notice of bankruptcy. The notice reflects that Welch filed a petition in bankruptcy under Chapter 7 of the Bankruptcy Code on November 16, 2016. The case was filed in the United States Bankruptcy Court for the Western District of Texas and was assigned case number 16-52630-rbk.

We **order** the appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3; 4th TEX. APP. (SAN ANTONIO) LOC. R. 4.

We further order the clerk of this court to send copies of this order to the clerk of the trial court, the court reporter, and the attorneys of record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court